**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DE'ANDRE KENDRICK,

Plaintiff,

-against-

25 **CIVIL** 8934 (GBD)

**JUDGMENT**

DONALD J. TRUMP,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2026, Plaintiff's action, filed IFP 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

August 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**